IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,                    No. 2: 10-cv-1354 KJN P

    vs.

KELLI TONI, et al.,

        Defendants.            ORDER OF DISMISSAL

/

        Plaintiff is a prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2010, plaintiff consented to the jurisdiction of the undersigned.

        On July 21, 2010, the undersigned denied plaintiff's application to proceed in forma pauperis and granted plaintiff twenty-eight days to pay the filing fee. Twenty-eight days passed and plaintiff did not pay the filing fee. On August 10, 2010, plaintiff filed a pleading titled "Addendum." This pleading does not alter the July 21, 2010 ordering directing plaintiff to pay the filing fee.

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed based on
2  plaintiff's failure to pay the filing fee in accordance with the July 21, 2010 order.
3  DATED: September 14, 2010
4
5
6  _____
   KENDALL J. NEWMAN
7  UNITED STATES MAGISTRATE JUDGE
8  dean1354.dis